IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BARBARA WATTERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:20-cv-05044-MDH |
| CITY OF JOPLIN and ) | |
| ROB CHAPPEL, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On September 21, 2020, this Court entered an order directing Plaintiff to report to the Court her status on the parties' Rule 26 meeting, Disclosures, and Early Assessment on or before September 30, 2020. Plaintiff failed to report. On October 6, 2020, the Court directed Plaintiff to report to the Court regarding compliance with the Court's Early Assessment Program by October 30, 2020. Plaintiff again failed to report. It is hereby ordered that this case is dismissed without prejudice for failure to prosecute and failure to respond to court directives.

**IT IS SO ORDERED.**

Dated: November 2, 2020  /s/ Douglas Harpool
**DOUGLAS HARPOOL**
**United States District Judge**